IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIUS D. MOSS, | ) |
| Plaintiff, | ) |
| v. | ) CV NO. 07-322-JPG-CJP |
| BOBBIE G. JONES, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated: December 8, 2008

NORBERT JAWORSKI, CLERK

By:s/Deborah Agans, Deputy Clerk
Deputy Clerk

APPROVED: s/ J. Phil Gilbert
U. S. DISTRICT JUDGE